**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MATTHEW W. KELLEY,

    Plaintiff,

v.                                           Case No:  6:17-cv-1635-Orl-40TBS

DEUTSCHE BANK TRUST COMPANY
and ALTISOURCE SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER

This cause is before the Court following United States Magistrate Judge Thomas B. Smith issuing an Order to Show Cause why the Court should not decline to exercise its jurisdiction over the purely state law claims presented in Plaintiff's amended complaint (Doc. 17) and his review of Altisource Solutions, Inc.'s response (Doc. 23).  Judge Smith has submitted a report recommending that the Court decline to exercise supplemental jurisdiction over all claims in the amended complaint, and that this case be remanded to the state court.  (Doc. 26).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 11, 2017 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **DECLINES** to exercise supplemental jurisdiction over all claims in the amended complaint.

3. This matter is **REMANDED** to the Circuit Court in and for Brevard County, Florida.

4. The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the Court for the Circuit Court of the 18th Judicial Circuit, in and for Brevard County, Florida.

5. The Clerk is thereafter **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 26, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties